In the Matter of the Application of JAMES R. O'ROURKE, Respondent, for the Determination of the Court as to the Nomination of KENNETH CAMERON, Appellant, for the Office of Member of Congress, Twenty-first District, City of New York, as Contained in the Petition Known as the City Fusion Petition, Twenty-first District, New York County. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Appellants.‡ — Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.